ORDERED.

Dated: April 02, 2018

*Caryl E. Delano*
Caryl E. Delano
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

| | |
|---|---|
| IN RE: | CASE NO 9:09-BK-24417-FMD |
| DONNA M ZYNEL | CHAPTER 11 |
| *aka* DONNA MARIE ZYNEL | |
| *fka* DONNA MARIE ORY | |
| *fka* DONNA MARIE CHEPON | |
| *fka* DONNA MARIE HENN | |

**ORDER GRANTING MOTION FOR IN REM
RELIEF FROM THE AUTOMATIC STAY**

**THIS CAUSE** came on for Hearing on March 21, 2018 the Motion for Relief from Automatic Stay filed by , **Wells Fargo Bank, N.A.** ("Movant") on February 28, 2018 (D.E. #439). Accordingly, it is

**ORDERED:**

1. The Motion is GRANTED.

2. The stay imposed by reason of 11 U.S.C. § 362 of the Bankruptcy Code is lifted as to, with respect to real property described as:

ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE COUNTY OF LEE STATE OF FLORIDA, DESCRIBED AS FOLLOWS:

The North 280 feet of Lot 3, in Block 52 of that certain subdivision known as HEITMAN'S BONITA SPRINGS TOWNSITE, according to the map or plat thereof on file and recorded in the Office of the Clerk of the Circuit Court of Lee County, Florida in Plat Book 6, Page 24.

Less and except the South 110 feet of the North 280 feet of Lot 3 and also

Less and except the parcel described as:
Beginning at the Northwest corner of said Lot 3, thence South along the West line of said Lot for 90 feet; thence East, parallel with the North line of said Lot, for 116 feet; thence North parallel with said West line of said Lot for 90 feet; thence West along said North line of said Lot for 116 feet to the point of beginning.

**aka 27800 Michigan Street, Bonita Springs, FL 34135 (the "Subject Property")**

    3.    The order granting relief from stay is entered for the sole purpose of allowing Movant complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, and that Movant shall not obtain *in personam* relief against the debtor.

    4.    The stay imposed by Fed. R. Bankr. P. 4001(a)(3) is waived.

*Attorney Jeffrey Fraser Esq., is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.*